UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAVOR-EL, | 1:15-cv-01865-LJO-EPG-PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS OF MARCH 31, 2016 (ECF No. 8.) |
| vs. | |
| MICHELLE ROME, et al., | |
| Defendants. | |

Brandon Favor-El ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December 11, 2015, without paying the filing fee for this action or submitting an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 1.)

On December 18, 2015, the Court issued an order requiring Plaintiff to pay the $400.00 filing fee for this action or submit an application to proceed *in forma pauperis*, within 45 days. (ECF No. 4.)  Plaintiff was also required to submit a certified copy of his prison trust account statement within 60 days.  (Id.)

The 45-day deadline passed, and Plaintiff did not pay the filing fee or submit an application.  On March 31, 2016, the Court entered findings and recommendations, recommending that this case be dismissed based on Plaintiff's failure to comply with the

1

Court's order.  (ECF No. 8.)  Plaintiff was granted thirty days in which to file objections to the findings and recommendations.  (Id.)

On April 1, 2016, Plaintiff filed evidence showing that he had requested a certified copy of his prison trust account statement from the prison.  (ECF No. 10.)  On April 16, 2016, Plaintiff filed a motion for extension of time to file objections to the findings and recommendations. (ECF No. 11.)  On May 3, 2016, the Court granted Plaintiff a 15-day extension of time to file objections.  (ECF No. 12.)  On May 23, 2016, Plaintiff filed an application to proceed *in forma pauperis*.  (ECF No. 14.)  On May 24, 2106, the Court granted Plaintiff's application to proceed *in forma pauperis*.  (ECF No. 15.)

In light of the fact that Plaintiff has submitted an application to proceed *in forma pauperis*, in compliance with the Court's order of December 18, 2015, the Court shall vacate the findings and recommendations of March 31, 2016.

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that the Court's findings and recommendations of March 31, 2016 are VACATED.

IT IS SO ORDERED.

Dated:   **June 13, 2016**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE