UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAVOR-EL,<br><br>      Plaintiff,<br><br>  vs.<br><br>MYCHELLE ROME, et al.,<br><br>      Defendants. | 1:15-cv-01865-LJO-EPG (PC)<br><br>ORDER DIRECTING CLERK TO OPEN NEW CASE FOR PETITION FOR WRIT OF HABEAS CORPUS<br>(ECF NO. 21) |

      Brandon Favor-El ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On December 11, 2015, Plaintiff filed the initial Complaint. (ECF No. 1). On April 1, 2016, Plaintiff filed the First Amended Complaint, which the Court has screened. (ECF No. 25).

      On July 1, 2016, Plaintiff lodged a Petition for Writ of Habeas Corpus with the Court. (ECF No. 21). Because Habeas Corpus actions and § 1983 actions are separate actions (see, e.g., Nettles v. Grounds, No. 12-16935, 2016 WL 4072465 (9th Cir. July 26, 2016)), a separate case needs to be opened for the Petition for Writ of Habeas Corpus.

      Accordingly, IT IS ORDERED that the Clerk of Court is directed to open a new case for the Petition for Writ of Habeas Corpus (ECF No. 21).
IT IS SO ORDERED.

Dated:   **September 27, 2016**          /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE